```
RAYMOND COATES, # 040728
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone  (415) 981-6630
Facsimile  (415) 982-1634
Email: rcoates@lowball.com

Attorneys for Plaintiff
COLONY INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RONALD L. HOWARD INDIVIDUALLY AND DBA GREAT AMERICAN REAL ESTATE; GREAT AMERICAN REAL ESTATE AND DOES 1-20, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 2:08-CV-00947-JAM-KJM<br><br>STIPULATION AND ORDER EXTENDING TIME FOR RULE 26(a) DISCLOSURES |

It is hereby stipulated between Colony Insurance Company, plaintiff, through their attorney Raymond Coates of Low, Ball & Lynch and Ronald L. Howard individually and doing business as Great American Real Estate and Great American Real Estate, through their attorney Blane A. Smith of Farmers Smith & Lane that the date of exchange of information as required under Rule 26(a) shall be extended to and including February 15, 2009.

Dated: February ____, 2009.

　　　　　　　　　　　　　　　　　　　LOW, BALL & LYNCH


　　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　　RAYMOND COATES
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　COLONY INSURANCE COMPANY

Dated: February ____, 2009.

FARMERS SMITH & LANE, LLP

By_____
Blane A. Smith
Attorneys for Defendant
RONALD L. HOWARD individually and doing business as GREAT AMERICAN REAL ESTATE and GREAT AMERICAN REAL ESTATE

## **ORDER**

The parties having stipulated to extend the time for disclosures under Rule 26(a) to and including February 15, 2009, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT THE RULE 26(a) DISCLOSURES SHALL BE MADE BY BOTH SIDES ON OR BEFORE FEBRUARY 15, 2009.

Dated: February 24, 2009.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE